United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTONIO MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-3074 |
| § | |
| HORACE MANN LLOYDS, § | |
| § | |
| Defendant. § | |

## ORDER FOR EXPEDITED BRIEFING

Plaintiff Antonio Martinez ("Plaintiff") has filed a Motion to Compel (Doc. No. 26). The Court requires expedited briefing on the Motion. Defendant shall file a response, if any, on or before Wednesday, October 12, 2016. Plaintiff's reply, if any, must be filed by Wednesday, October 19, 2016.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 28th day of September, 2016.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE